UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  06-22128-CIV King/Bandstra

ALBERTO JUSTO RODRIGUEZ LICEA,
FERNANDO ALONSO HERNANDEZ,
and LUIS ALBERTO CASANOVA TOLEDO,

      Plaintiffs,

vs.

CURAÇAO DRYDOCK COMPANY, INC., a/k/a
CURAÇAOSE DOKMAATSCHAPPIJ NV, a/k/a
CDMNV,

      Defendant.

_____/

### PLAINTIFFS' MOTION TO COMPEL DEPOSITION DATES FROM DEFENDANT

Plaintiffs move the Court for an Order Compelling Defendant, CURAÇAO DRYDOCK COMPANY, INC., a/k/a CURAÇAOSE DOKMAATSCHAPPIJ NV, a/k/a CDMNV to provide deposition dates for the depositions of Corporate Representatives with Most Knowledge, current employees and former employees, and as grounds therefore would state as follows:

### BACKGROUND

1.    The instant cause arose due to a conspiracy between the government of Cuba and the Defendant in this case, CURAÇAO DRYDOCK COMPANY, INC ("Curaçao Drydock Company"), a ship repair company.  In short, that conspiracy forced Cuban citizens to travel to drydock facilities owned by the Defendant in Curaçao, to hold them in captivity there, and to force them to work repairing ships and oil platforms belonging to, *inter alia*, U.S. Companies.  Curaçao Drydock Company wrote off the debt owed by the Cuban government for the labor that it knew was unlawfully compelled from Cuban citizens.

2.     Defendant initially moved to dismiss the case for lack of personal jurisdiction. Defendant then withdrew the motion. Defendant then moved to dismiss the case on *forum non conveniens* grounds.   After extensive briefing and oral argument, Defendant's motion was denied.  This Court ordered that the case proceed expeditiously and set a trial date for November 17, 2008.

3.     The Plaintiffs requested on numerous occasions, since July of 2007, deposition dates for the Corporate Representatives with most knowledge concerning the following issues: 1) contract with Cuba for Cuban workers; 2) retention of Cuban worker passports; 3) security for Cuban workers; 4) search performed for the three Plaintiffs in Curaçao; 5) employment of Manuel Bequer; 6) employment of Wouter Van Steijn; 7) Carnival Cruise Lines' contractual relations with/or for work done by the Curaçao Drydock; and 8) Royal Caribbean's Cruise Lines' contractual relations with/or for work done by the Curaçao Drydock.  The Plaintiffs have also requested deposition dates for the following employees, agents or contractors: 1) Errol Martina; 2) Miraldo Martie; and 3) Jim Klattenberg, and depositions of former employees: 1) Manuel Bequer and 2) Wouter Van Steijn.  (See attached letters dated July 9, 2007, September 20, 2007, February 22, 2008, and e-mail sent on March 11, 2008 which are marked as Exhibits "A", "B", "C", and "D")

4.     To date, the Defendant has produced no deposition dates in spite of Plaintiffs' multiple requests.

5.     Plaintiffs would be severely prejudiced if the requested depositions as noted above are not taken.

6.     Pursuant to Federal Rule of Civil Procedure 30, a party may take the testimony of any person, including a party, by deposition upon oral examination without leave of Court.

WHEREFORE, Plaintiffs respectfully request this Court enter an Order
Compelling Defendant, Curaçao Drydock Company to provide dates for the requested
depositions noted above and any other relief this Court deems fair and just.

> Grossman Roth, P.A.
> Counsel for Plaintiff
> 2525 Ponce de Leon Blvd.
> Suite 1150
> Coral Gables, Florida 33134
> (305) 442-8666
> (305) 285-1668 Fax
>
> BY: /s/ Seth E. Miles
>      SETH E. MILES
>      Fla. Bar # 385530

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was mailed on this 17TH day
of April, 2008 to: Stephanie Reed Traband, Esq., Proskauer Rose, 2255 Glades Road,
Suite 340 West, Boca Raton, Florida 33431-7360; and to John A. Thornton, Esq.,
John Andres Thornton, P.L., Bank of America Tower, 100 S.E. 2nd Street, Suite 2700,
Miami, Florida 33131.

> Grossman Roth, P.A.
> Counsel for Plaintiff
> 2525 Ponce de Leon Blvd.
> Suite 1150
> Coral Gables, Florida 33134
> (305) 442-8666
> (305) 285-1668 Fax
>
> BY: /s/ Seth E. Miles
>      SETH E. MILES
>      Fla. Bar # 385530



**GR**

TRIAL LAWYERS

## GROSSMAN ROTH, P.A.

A PROFESSIONAL ASSOCIATION

PLEASE REPLY TO:

Stuart Z. Grossman
Neal A. Roth
Andrew B. Yaffa
Gary M. Cohen
William E. Partridge
Jay Cohen
Natasha Cortes
Seth Miles

OF COUNSEL
Claudia B. Greenberg
Richard S. Masington

INVESTIGATORS
Robert E. Lees
Scott McCarthy
Marling Santiago
Jill A. Dobrinsky, R.N.
Diana L. Tershakovec, A.R.N.P.
Robert M. Taylor
Albert Nabut, Jr.
Penny Scheff, R.N.
Dan Roth (1948-1999)

CORAL GABLES
2525 Ponce de Leon Boulevard
Suite 1150
Coral Gables, Florida 33134
T 305.442.8666
F 305.285.1668

BOCA RATON
Wachovia Plaza
Suite 775
925 South Federal Highway
Boca Raton, Florida 33432
T 561.367.8666
F 561.367.0297

FORT LAUDERDALE
Las Olas Centre II
Suite 960
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
T 954.767.8200
F 954.764.1866

SARASOTA
Grossman, Roth & Partridge
Suite 777
1800 Second Street
Sarasota, Florida 34236
T 941.365.8666
F 941.316.0963

1.800.206.4004
www.grossmanroth.com

### CORAL GABLES

July 9, 2007

**Via U.S. Mail**
Stephanie R. Traband, Esq.
PROSKAUER ROSE, LLP
2255 Glades Road
Suite 340 West
Boca Raton, Florida 33431

|   |   |
|---|---|
| Re: | *Licea v. Curacao Drydock* |
| Case No. | *06-22128 CIV KING/GARBER* |

Dear Stephanie:

　　Please provide me with dates and locations to depose Manuel Bequer Soto del Ville. I am not sure when you are returning from maternity leave, but I would like to schedule this deposition as soon as possible.

Very truly yours,

*Seth Miles*

Seth Miles, Esq.

SEM/jws

**SIGNED FOR MR. MILES
IN HIS ABSENCE TO PREVENT
DELAY IN MAILING.**

EXHIBIT "A"



**TRIAL LAWYERS**

## GROSSMAN ROTH, P.A.

A PROFESSIONAL ASSOCIATION

PLEASE REPLY TO:

Stuart Z. Grossman
Neal A. Roth
Andrew B. Yaffa
Gary M. Cohen
William E. Partridge
Jay Cohen
Natasha Cortes
Seth Miles

OF COUNSEL
Claudia B. Greenberg
Richard S. Masington

INVESTIGATORS
Robert E. Lees
Scott McCarthy
Marling Santiago
Jill A. Dobrinsky, R.N.
Diana L. Tershakovec, A.R.N.P.
Robert M. Taylor
Albert Nabut, Jr.
Penny Scheff, R.N.
Dan Roth (1948-1999)

CORAL GABLES
2525 Ponce de Leon Boulevard
Suite 1150
Coral Gables, Florida 33134
T 305.442.8666
F 305.285.1668

BOCA RATON
Wachovia Plaza
Suite 775
925 South Federal Highway
Boca Raton, Florida 33432
T 561.367.8666
F 561.367.0297

FORT LAUDERDALE
Las Olas Centre II
Suite 960
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
T 954.767.8200
F 954.764.1866

SARASOTA
Grossman, Roth & Partridge
Suite 777
1800 Second Street
Sarasota, Florida 34236
T 941.365.8666
F 941.316.0963

1.800.206.4004
www.grossmanroth.com

**CORAL GABLES**

September 20, 2007

**<u>Via U.S. Mail</u>**
Matthew Triggs, Esq.
Proskauer Rose, LLP
2255 Glades Road
Suite 340 West
Boca Raton, Florida 33431

    Re:     *Licea v. Curacao Drydock*
    Case No.  *06-22128 CIV KING/GARBER*

Dear Matt:

    I am agreeable to a week's extension for your responses to our written discovery. I am also agreeable to the third week in October for the depositions in Curaçao. Finally, while I appreciate your belief that Mr. Van Steijn may be able to speak to all jurisdictional issues, including those related to the conspiracy allegations, I must insist that you also produce the replacement for Mr. Bequer. If we are traveling all the way to Curacao to conduct this discovery, I would like to make sure we are able to complete it in one trip. I would hate to finish Mr. Van Steijn's deposition only to realize that Mr. Bequer's replacement is needed necessitating a second trip. As you know, we have been very accommodating with respect to discovery deadlines and scheduling this trip. I trust you will be the same.

                Very truly yours,

                Seth Miles, Esq.

SEM/jws
Cc: John Thornton, Esq.

EXHIBIT "B"

P. 1

* * * Communication Result Report ( Sep. 20. 2007  3:52PM ) * * *

Fax Header)

Date/Time: Sep. 20. 2007  3:49PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|------|------|-------------|-------|--------|---------------|
| 6660 | Memory TX | 161#04667#15612417145# | P. 1 | OK | |

Reason for error
  E. 1) Hang up or line fail
  E. 3) No answer
  E. 5) Exceeded max. E-mail size
  E. 2) Busy
  E. 4) No facsimile connection

---

**GR**

TRIAL LAWYERS

**GROSSMAN ROTH, P.A.**
A PROFESSIONAL ASSOCIATION

PLEASE REPLY TO:

Stuart Z. Grossman
Josef A. Rosh
Andrew B. Yaffa
Gary M. Cohen
William E. Partridge
Jay Cohen
Natasha Cortes
Seth Miles

OF COUNSEL
Claudia B. Greenberg
Richard S. Huntington

INVESTIGATORS
Robert E. Levy
Scott McCarthy
Marling Santiago
Jill A. Dolorosky, R.N.
Diana E. Teshchauver, A.R.N.P.
Robert M. Taylor
Albert Malak Jr.
Penny Scheff, R.N.
Ovia Roth (1948-1999)

CORAL GABLES
2525 Ponce de Leon Boulevard
Suite 1150
Coral Gables, Florida 33134
T 305.442.8666
F 305.285.1668

BOCA RATON
Wachovia Place
Suite 775
925 South Federal Highway
Boca Raton, Florida 33432
T 561.367.8016
F 196.367.0097

FORT LAUDERDALE
Las Olas Centre II
Suite 500
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
T 954.767.8200
F 954.767.1866

SARASOTA
Grossman, Roth & Partridge
Suite 777
1800 Second Street
Sarasota, Florida 34236
T 941.365.8665
F 941.316.0961

1.800.203.4004
www.grossmanroth.com

**CORAL GABLES**

September 20, 2007

**Via U.S. Mail**
Matthew Triggs, Esq.
Proskauer Rose, LLP
2255 Glades Road
Suite 340 West
Boca Raton, Florida 33431

Re:     Lloca v. Curacao Drydock
Case No.   06-22128 CIV KING/GARBER

Dear Matt:

I am agreeable to a week's extension for your responses to our written discovery. I am also agreeable to the third week in October for the depositions in Curacao. Finally, while I appreciate your belief that Mr. Van Steijn may be able to speak to all jurisdictional issues, including those related to the conspiracy allegations, I must insist that you also produce the replacement for Mr. Bequer. If we are traveling all the way to Curacao to conduct this discovery, I would like to make sure we are able to complete it in one trip. I would hate to finish Mr. Van Steijn's deposition only to realize that Mr. Bequer's replacement is needed necessitating a second trip. As you know, we have been very accommodating with respect to discovery deadlines and scheduling this trip. I trust you will be the same.

Very truly yours,

Seth Miles, Esq.

SRM/jwa
Cc: John Thornton, Esq.



TRIAL LAWYERS

## GROSSMAN ROTH, P.A.
### A PROFESSIONAL ASSOCIATION

PLEASE REPLY TO:

Stuart Z. Grossman
Neal A. Roth
Andrew B. Yaffa
Gary M. Cohen
William E. Partridge
Jay Cohen
Natasha Cortes
Seth Miles

OF COUNSEL
Claudia B. Greenberg
Richard S. Masington

INVESTIGATORS
Robert E. Lees
Scott McCarthy
Marling Santiago
Jill A. Dobrinsky, R.N.
Diana L. Tershakovec, A.R.N.P.
Robert M. Taylor
Albert Nabut, Jr.
Penny Scheff, R.N.
Dan Roth (1948-1999)

CORAL GABLES
2525 Ponce de Leon Boulevard
Suite 1150
Coral Gables, Florida 33134
T 305.442.8666
F 305.285.1668

BOCA RATON
Wachovia Plaza
Suite 775
925 South Federal Highway
Boca Raton, Florida 33432
T 561.367.8666
F 561.367.0297

FORT LAUDERDALE
Las Olas Centre II
Suite 960
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
T 954.767.8200
F 954.764.1866

SARASOTA
Grossman, Roth & Partridge
Suite 777
1800 Second Street
Sarasota, Florida 34236
T 941.365.8666
F 941.316.0963

1.800.206.4004
www.grossmanroth.com

## CORAL GABLES

February 22, 2008

### Via Facsimile (561) 241-7145
Stephanie R. Traband, Esq.
PROSKAUER ROSE, LLP
2255 Glades Road
Suite 340 West
Boca Raton, Florida 33431

> Re:       *Licea v. Curacao Drydock*
> Case No.   *06-22128 CIV KING/GARBER*

Dear Stephanie:

I have no objection to your request for 21 days from the entry of the Court's Order denying your Motion to Dismiss to answer the Complaint and you may so advise the Court. I will calendar the due date for your answer for March 14, 2008. Please also allow this letter to once again request deposition dates for the witnesses we have previously requested. Please provide these dates to us within the next 5 days or I will have no choice but to seek relief from the Court.

Very truly yours,

Seth Miles, Esq.

SEM/jws

EXHIBIT "C"

Law Offices
**GROSSMAN ROTH, P.A.**

**2525 Ponce De Leon Blvd**
**Suite 1150**
**Coral Gable, Florida 33134**
**Telephone:  305-442-8666**
**Facsimile:  305-285-1668**

### FACSIMILE COVER SHEET

### PLEASE DELIVER THE FOLLOWING MATERIAL AS SOON AS POSSIBLE:

**DATE:**       **February 22, 2008**

**TO:**        **Stephanie Traband, Esq.**

**FAX#:**       **561-241-7145**

**FROM:**       **Seth Miles, Esq.**

**FILE NO:**     **Licea (07-1282)**

**# OF PAGES:**          **2 (including cover)**

**Please notify Jenna ASAP, at (305) 779-9561 if there are any problems in transmission or if you have any questions concerning this document.**

> *The information contained in this facsimile is attorney privileged and confidential, intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited,   If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service.  Thank you.*

**MESSAGE:  Please see the attached correspondence.**

P. 1

✻  ✻  ✻  Communication Result Report ( Feb. 22. 2008  3:24PM ) ✻  ✻  ✻

Fax Header)

Date/Time: Feb. 22. 2008   3:23PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 8877 | Memory TX | 161#071282#15612417145# | P.  2 | OK | |

```
Reason for error
     E. 1) Hang up or line fail              E. 2) Busy
     E. 3) No answer                         E. 4) No facsimile connection
     E. 5) Exceeded max. E-mail size
```

Law Offices
**GROSSMAN ROTH, P.A.**

2525 Ponce De Leon Blvd
Suite 1150
Coral Gable, Florida 33134
Telephone: 305-442-8666
Facsimile: 305-285-1668

**FACSIMILE COVER SHEET**

PLEASE DELIVER THE FOLLOWING MATERIAL AS SOON AS POSSIBLE:

**DATE:**    February 22, 2008

**TO:**    Stephanie Traband, Esq.

**FAX#:**    561-241-7145

**FROM:**    Seth Miles, Esq.

**FILE NO:**    Licea (07-1282)

**# OF PAGES:**    2 (including cover)

Please notify Jenna ASAP, at (305) 779-9861 if there are any problems in transmission or if you have any questions concerning this document.

*The information contained in this facsimile is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.*

MESSAGE: Please see the attached correspondence.

## Susan G. Kennedy

**From:** John Thornton [john@jathornton.com]
**Sent:** Tuesday, March 11, 2008 2:43 PM
**To:** Traband, Stephanie Reed
**Cc:** Seth Miles; Matt Triggs; Susan G. Kennedy
**Subject:** Re: Rodriguez v. CDMNV

Stephanie,

In light of the Court's ruling today, what date do you propose for providing the outstanding discovery?  Also, please let us know when might be a good time to discuss deposition dates.

Thank you,

John

John Andres Thornton
John Andres Thornton, PL
Bank of America Tower
100 Southeast Second St., Ste. 2700
Miami, FL 33131
ph.: 305.532.6851
fax: 305.538.1070

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above.  If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

On Feb 29, 2008, at 7:27 PM, Traband, Stephanie Reed wrote:

> Seth and John,
>
> I am writing in response to Seth's recent correspondence regarding deposition dates and discovery.  As you know, we have requested certification of this case for appeal and a corresponding stay pending the appeal.  Therefore, at this time, we are not in a position to agree on deposition dates or agree to Seth's deadline for us to respond to the discovery previously propounded.  If the Court rules against us on our certification request, we will provide deposition dates and will communicate with you further about an agreeable deadline for us to respond to discovery.  We do not anticipate that it will take the Court very long to rule upon our certification request.
>
> Very truly yours,
> Stephanie

EXHIBIT "D"

3/21/2008

************************************************************
To ensure compliance with requirements imposed by U.S.
Treasury Regulations, Proskauer Rose LLP informs you that
any U.S. tax advice contained in this communication
(including any attachments) was not intended or written to
be used, and cannot be used, for the purpose of (i)
avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any
transaction or matter addressed herein.

************************************************************
This message and its attachments are sent from a law firm
and may contain information that is confidential and
protected by privilege from disclosure. If you are not the
intended recipient, you are prohibited from printing,
copying, forwarding or saving them. Please delete the
message and attachments without printing, copying,
forwarding or saving them, and notify the sender
immediately.

==============================================================================
====