UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22128-CIV-KING

ALBERTO JUSTO RODRIGUEZ LICEA,
FERNANDO ALONSO HERNANDEZ,
AND LUIS ALBERTO CASANOVA TOLEDO,

    Plaintiffs,

v.

CURACAO DRYDOCK COMPANY, INC.,
a/k/a CURACAOSE DOKMAATSCHAPPIJ NV,
a/k/a CDMNV,

    Defendant.
_____/

CASE NO. 11-22568-CIV-LENARD

ALBERTO JUSTO RODRIGUEZ LICEA,
FERNANDO ALONSO HERNANDEZ,
AND LUIS ALBERTO CASANOVA TOLEDO,

    Plaintiffs,

v.

THE ISLAND TERRITORY OF CURAÇAO,
THE GOVERNMENT OF THE NETHERLANDS
ANTILLES, and THE KINGDOM OF THE NETHERLANDS,

    Defendants.
_____/

### ORDER OF CONSOLIDATION

Upon consideration of the Order of Transfer of Case No. 11-22568-CIV-LENARD to the division of Court presided over by Judge King in Case No. 06-21228-CIV-KING, it is apparent that the cases should be consolidated.

It is therefore **ORDERED, ADJUDGED, and DECREED** that the two above-styled cases be, and the same are hereby, **CONSOLIDATED** with all pleading containing both case numbers but only one pleading to be docketed by the Clerk of Court in the lower-numbered case, Case No. 06-21228-CIV-KING.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States District Courthouse, Miami, Florida this 16th day of August, 2012.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   **Judge Lenard**

*Counsel for Plaintiffs*

**John Thornton**
do Campo & Thornton, P.A.
100 Southeast Second Street
Suite 2700
Miami, FL 33131
305-358-6600
Fax: 305-358-6601
Email: jt@dandtlaw.com

**Orlando do Campo**
do Campo & Thornton, P.A.
Miami Tower
100 S.E. 2nd Street
Suite 2700
Miami, FL 33131
305-358-6600
Fax: 305-358-6601
Email: od@dandtlaw.com

**Stuart Z. Grossman**
Grossman Roth PA
2525 Ponce de Leon Boulevard

Suite 1150
Coral Gables, FL 33134
305-442-8666
Fax: 285-1668
Email: szg@grossmanroth.com

**Casey D. Laffey**
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
212-521-5400
Fax: 212-521-5450
Email: claffey@reedsmith.com

**Eric A. Schaffer**
Reed Smith LLP
435 6th Avenue
Pittsburgh, PA 15219-1886
412-288-4584
Email: eschaffer@reedsmith.com

**Jordan W. Siev**
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
212-521-5400
Fax: 212-521-5450
Email: jsiev@reedsmith.com

**Scott D. Baker**
Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105
415-543-8700
Fax: 415-391-8269
Email: sbaker@reedsmith.com

**Seth Eric Miles**
Grossman Roth, P.A.
2525 Ponce De Leon Blvd.
Suite 1150
Miami, FL 33134

305-442-8666
Fax: 305-285-1668
Email: sem@grossmanroth.com

*Counsel for the Netherlands Antilles, the Island Territory of Curaçao, the Kingdom of the Netherlands, and the County of Curaçao*

**Guy William Harrison**
Etcheverry & Harrison LLP
150 S Pine Island Road
Suite 105
Plantation, FL 33324-2667
954-370-1681
Fax: 370-1682
Email: harrison@etchlaw.com