UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22128-CV-KING/MCALILEY

ALBERTO JUSTO RODRIGUEZ LICEA,
FERNANDO ALONSO HERNANDEZ, AND
LUIS ALBERTO CASANOVA TOLEDO,

    Plaintiffs/Judgment Creditors,

vs.

CURAÇAO DRYDOCK COMPANY, INC., A/K/A
CURAÇAOSE DOKMAATSCHAPPIJ NV, A/K/A
CDMNV,

    Defendant/Judgment Debtor.
_____/

## WRIT OF GARNISHMENT

THE STATE OF FLORIDA:
To All and Singular the Sheriffs of the State
And the U.S. Marshal's Service:

**YOU ARE COMMANDED** to summon the garnishee, Church of Scientology Flag Service Organization, Inc., by serving it and/or its registered agent, Robert V. Potter, at its registered agent address: 911 Chestnut Street, Clearwater, FL 33756, to serve an answer to this writ on JOHN THORNTON, ESQ., Judgment Creditors' attorney, whose addresses is Miami Tower 100 Southeast Second Street Suite 2700 Miami, FL 33131, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with this court either before service on the attorney or immediately thereafter stating whether the garnishee is indebted to the defendant, Curacao Drydock Company, Inc. or its aliases named above, at the time of service of the answer **OR** was indebted at the time of service of the writ, **OR** at any time between such times, **AND** in what sum and what tangible and intangible personal property of the defendant the

garnishee has in his possession or control at the time of the answer, **OR** had at the time of service of this writ, **OR** at any time between such times, **AND** whether the garnishee knows of any other person indebted to the defendant, **OR** who may be in possession or control of any of the property of the defendant. The amount set in plaintiffs' motion is $80,000,000.00 plus interest accruing from October 31, 2008 at the rate set by 28 U.S.C. § 1961.

**WITNESS STEVEN M. LARIMORE, as Clerk of the Court**, and the deal of said Court, at the U.S. District Courthouse at Miami, Florida, this 7th day of Oct, 2013.

**STEVEN M. LARIMORE**

Clerk of the Court

By: *Autumn Sandoval*

As Deputy Clerk