FILED by _____ D.C.

OCT 2 2 2013

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22128-CV-KING/MCALILEY

ALBERTO JUSTO RODRIGUEZ LICEA,
FERNANDO ALONSO HERNANDEZ, AND
LUIS ALBERTO CASANOVA TOLEDO,

       Plaintiffs/Judgment Creditors,

vs.

CURAÇAO DRYDOCK COMPANY, INC., A/K/A
CURAÇAOSE DOKMAATSCHAPPIJ NV, A/K/A
CDMNV,

       Defendant/Judgment Debtor.

_____/

## PLAINTIFFS/JUDGMENT CREDITORS' MOTION FOR A WRIT OF GARNISHMENT

COMES NOW Plaintiffs/Judgment Creditors, Alberto Justo Rodriguez Licea, Fernando Alonso Hernandez, and Luis Alberto Casanova Toledo ("Plaintiffs"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 62, 64, and 69 and Fla. Stat. §§ 77.01 *et. seq.* and move this Court for issuance of a post-judgment writ of garnishment concerning the assets of Defendant/Judgment Debtor Curacao Drydock Company, Inc., to be served on Church of Scientology of Florida, Inc., and as grounds therefore state:

    1.    On October 31, 2008, this Court entered a final Judgment in favor of Plaintiffs and against Defendant/Judgment Debtor for $80 million plus post-judgment interest at the rate set by 28 U.S.C. § 1961. DE 112.

    2.    On October 21, 2009, the Clerk issued a Writ of Execution for $80,000,000.00 and interest according to 28 U.S.C. § 1961 since October 31, 2008.  DE 119.

    3.    The Final Judgment was not appealed and the time for appeal has passed.

    4.    Judgment Debtor has paid none of the judgment; the entire judgment remains unsatisfied.

5.      As Judgment Debtor is a foreign entity whose assets are primarily located outside

of the United States, Judgment Creditors have been unable to levy on Judgment Debtor's assets.

6.      Judgment Debtor is a drydock facility located in Curacao.

7.      Garnishee, The Church of Scientology International, Inc., or its agent or alter ego

is an owner of a ship that is currently in repair at the Judgment Debtor's drydock facility in

Curacao.  As such, it owes Judgment Debtor for ship repairs.

8.      Judgment Creditors suggest that garnishee, The Church of Scientology

International, Inc., is in possession of property belonging to Judgment Debtor, Curacao Drydock

Company, Inc.

9.      Judgment Creditors seek a writ of garnishment pursuant to Fla. Stat. § 77.03.

**WHEREFORE**, Judgment Creditors request the issuance of a writ of garnishment

against Curacao Drydock Company, Inc.'s property held by garnishee, The Church of

Scientology International, Inc., in the form attached hereto and to grant any further relief as is

just, fair and equitable.

Dated: October 21, 2013                          Respectfully submitted,

                                                 **DO CAMPO & THORNTON, P.A.**
                                                 Miami Tower
                                                 100 Southeast Second Street
                                                 Suite 2700
                                                 Miami, FL 33131
                                                 Phone: 305-358-6600
                                                 Fax: 305-358-6601

                                                 By
                                                     John Thornton
                                                     Florida Bar No. 004820
                                                     jt@dandtlaw.com
                                                     *Attorneys for Plaintiffs/Judgment
                                                     Creditors*