UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22128-CV-KING/MCALILEY

ALBERTO JUSTO RODRIGUEZ LICEA,
FERNANDO ALONSO HERNANDEZ, AND
LUIS ALBERTO CASANOVA TOLEDO,

    Plaintiffs/Judgment Creditors,

vs.

CURAÇAO DRYDOCK COMPANY, INC.,
A/K/A CURAÇAOSE DOKMAATSCHAPPIJ NV,
A/K/A CDMNV,

    Defendant/Judgment Debtor.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the Plaintiffs/Judgment Creditors' Motion for Writ of Garnishment [DE 378] and the Writ of Garnishment [DE 379] was mailed to: Curacao Drydock Company, Inc. a/k/a Curacaose Dokmaatschappij, NV a/k/a CDMNV Dokweg 1, Koningsplein, P.O. Box 3012, Curacao, Netherland Antilles.

    Respectfully Submitted,

    GROSSMAN ROTH, P.A.
    2525 Ponce de Leon Blvd., Suite 1150
    Coral Gables, Florida 33134
    (305) 442-8666
    (305) 285-1668

    By: s/ *Seth Miles*
    Seth Miles, Esq.
    Florida Bar No. 385530
    sem@grossmanroth.com