UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22128-CV-KING/MCALILEY

ALBERTO JUSTO RODRIGUEZ LICEA,
FERNANDO ALONSO HERNANDEZ, AND
LUIS ALBERTO CASANOVA TOLEDO,

    Plaintiffs/Judgment Creditors,

vs.

CURAÇAO DRYDOCK COMPANY, INC., A/K/A
CURAÇAOSE DOKMAATSCHAPPIJ NV, A/K/A
CDMNV,

    Defendant/Judgment Debtor.
_____/

### CERTIFICATE OF SERVICE OF PLAINTIFF/JUDGMENT CREDITORS' NOTICE OF EXTENSION OF WRIT OF GARNISHMENT AGAINST CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, INC.

I HEREBY CERTIFY that on the 1st day of April, 2014, the undersigned caused to be served by mail a Notice of Extension of Writ of Garnishment on Church of Scientology Flag Service Organization, Inc. c/o Michael C. Markham, 911 Chestnut Street, Clearwater, FL 33757, and Curacao Drydock Company, Inc., at Dokweg 1, Koningsplein, P.O. Box 3012, Netherlands Antilles, Curacao.

    Respectfully submitted,

    **DO CAMPO & THORNTON, P.A.**
    Miami Tower
    100 Southeast Second Street
    Suite 2700
    Miami, FL 33131
    Phone: 305-358-6600
    Fax: 305-358-6601

    By: */s/ John Thornton*

John Thornton  
Florida Bar No. 004820  
jt@dandtlaw.com  
*Attorneys for Plaintiffs/Judgment Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of April 2014, that a true and correct copy is being served this day via Notices of Electronic Filing generated by CM/ECF, on counsel for all parties.

/s/ *John Thornton*