UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22128-CV-KING/MCALILEY

ALBERTO JUSTO RODRIGUEZ LICEA,
FERNANDO ALONSO HERNANDEZ, AND
LUIS ALBERTO CASANOVA TOLEDO,

    Plaintiffs/Judgment Creditors,

vs.

CURAÇAO DRYDOCK COMPANY, INC., A/K/A
CURAÇAOSE DOKMAATSCHAPPIJ NV, A/K/A
CDMNV,

    Defendant/Judgment Debtor.
_____/

**CERTIFICATE OF SERVICE OF PLAINTIFF/JUDGMENT CREDITORS' NOTICE OF EXTENSION OF WRIT OF GARNISHMENT AGAINST CHURCH OF SCIENTOLOGY FLAG SHIP SERVICE ORGANIZATION, INC.**

    I HEREBY CERTIFY that on the 1st day of April 2014, the undersigned served by mail a Notice of Extension of Writ of Garnishment on Church of Scientology Flag Ship Service Organization, Inc. c/o Clay M. Naughton, 355 Alhambra Circle, Suite 1100, Coral Gables, FL 33134 and Curacao Drydock Company, Inc., at Dokweg 1, Koningsplein, P.O. Box 3012, Netherlands Antilles, Curacao.

                                  Respectfully submitted,

                                    DO CAMPO & THORNTON, P.A.
                                    Miami Tower
                                    100 Southeast Second Street
                                    Suite 2700
                                    Miami, FL 33131
                                    Phone: 305-358-6600
                                    Fax: 305-358-6601

                            By: _*/s/ John Thornton*_

                                                                John Thornton
                                                                Florida Bar No. 004820
                                                                jt@dandtlaw.com
                                                                *Attorneys for Plaintiffs/Judgment Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of April 2014, that a true and correct copy is being served this day via Notices of Electronic Filing generated by CM/ECF, on counsel for all parties.

                                                           /s/ *John Thornton*