UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22128-CV-KING/MCALILEY

ALBERTO JUSTO RODRIGUEZ LICEA,
FERNANDO ALONSO HERNANDEZ, AND
LUIS ALBERTO CASANOVA TOLEDO,

    Plaintiffs/Judgment Creditors,

vs.

CURAÇAO DRYDOCK COMPANY, INC., A/K/A
CURAÇAOSE DOKMAATSCHAPPIJ NV, A/K/A
CDMNV,

    Defendant/Judgment Debtor.
_____/

### CERTIFICATE OF SERVICE OF PLAINTIFF/JUDGMENT CREDITORS' NOTICE OF EXTENSION OF WRIT OF GARNISHMENT AGAINST CHURCH OF SCIENTOLOGY OF FLORIDA, INC.

I HEREBY CERTIFY that on the 22nd day of April, 2014, the undersigned caused to be served a Notice of Extension of Writ of Garnishment Against Church of Scientology of Florida (the "Notice"), to said entity care of its counsel Clay M. Naughton by mail and e-mail at the following addresses: 355 Alhambra Circle, Suite 1100, Coral Gables, FL 33134; cnaughton@moore-and-co.com. A copy of the Notice was also sent by mail the same day to Curacao Drydock Company, Inc., at Dokweg 1, Koningsplein, P.O. Box 3012, Netherlands Antilles, Curacao.

Dated: April 22, 2014.

                                        Respectfully submitted,

                                              DO CAMPO & THORNTON, P.A.
                                              Miami Tower
                                              100 S.E. 2nd Street, Ste. 2700

        Miami, Florida 33131
        Telephone:  (305) 358-6600
        Facsimile:  (305) 358-6601

By: s/ *John Thornton*
    John Thornton
    Florida Bar No. 004820
    jt@dandtlaw.com
    *Attorneys for Plaintiffs/Judgment Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of April, 2014, that a true and correct copy is being served this day via Notices of Electronic Filing generated by CM/ECF, on counsel for all parties.

By: s/ *John Thornton*
    John Thornton