UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22128-CV-KING/MCALILEY

ALBERTO JUSTO RODRIGUEZ LICEA,
FERNANDO ALONSO HERNANDEZ, AND
LUIS ALBERTO CASANOVA TOLEDO,

    Plaintiffs/Judgment Creditors,

vs.

CURAÇAO DRYDOCK COMPANY, INC., A/K/A
CURAÇAOSE DOKMAATSCHAPPIJ NV, A/K/A
CDMNV,

    Defendant/Judgment Debtor.
_____/

**CERTIFICATE OF SERVICE OF PLAINTIFF/JUDGMENT CREDITORS' NOTICE OF EXTENSION OF WRIT OF GARNISHMENT AGAINST CHURCH OF SCIENTOLOGY INTERNATIONAL**

I HEREBY CERTIFY that on the 22nd day of April, 2014, the undersigned caused to be served a Notice of Extension of Writ of Garnishment on Church of Scientology International (the "Notice") to said entity care of its counsel, Clay M. Naughton, by mail and email at the following addresses: 355 Alhambra Circle, Suite 1100, Coral Gables, FL 33134; cnaughton@moore-and-co.com. A copy of the Notice was also sent by mail the same day to Curacao Drydock Company, Inc., Dokweg 1, Koningsplein, P.O. Box 3012, Netherlands Antilles, Curacao.

Dated:  April 22, 2014.

                Respectfully submitted,

                DO CAMPO & THORNTON, P.A.
                Miami Tower
                100 S.E. 2nd Street, Ste. 2700

        Miami, Florida 33131
        Telephone: (305) 358-6600
        Facsimile: (305) 358-6601

By: s/ *John Thornton*
    John Thornton
    Florida Bar No. 004820
    jt@dandtlaw.com
    *Attorneys for Plaintiffs/Judgment Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of April, 2014, that a true and correct copy is being served this day via Notices of Electronic Filing generated by CM/ECF, on counsel for all parties.

By: s/ *John Thornton*
    John Thornton