UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22128-CV-KING/MCALILEY

ALBERTO JUSTO RODRIGUEZ LICEA,
FERNANDO ALONSO HERNANDEZ, AND
LUIS ALBERTO CASANOVA TOLEDO,

    Plaintiffs/Judgment Creditors,
vs.

CURAÇAO DRYDOCK COMPANY, INC., A/K/A
CURAÇAOSE DOKMAATSCHAPPIJ NV, A/K/A
CDMNV,

    Defendant/Judgment Debtor.
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the Plaintiffs/Judgment Creditors' Motion for Writ of Garnishment [DE 406], the Writ of Garnishment [DE 407], the Amended Answer of Garnishee [DE 425] and a Notice of Writ of Garnishment and Right to Dissolve was mailed to: Curacao Drydock Company, Inc., Dokweg 1, P.O. Box 3012, Curaçao on May 1, 2014.

                                            s/ *John Thornton*
                                            John Thornton

**CERTIFICATE OF SERVICE**

    **I hereby certify** that on May 2, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                            s/ *John Thornton*
                                            John Thornton