UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22128-CV-KING/MCALILEY

ALBERTO JUSTO RODRIGUEZ LICEA,
FERNANDO ALONSO HERNANDEZ, AND
LUIS ALBERTO CASANOVA TOLEDO,

    Plaintiffs/Judgment Creditors,

vs.

CURAÇAO DRYDOCK COMPANY, INC., A/K/A
CURAÇAOSE DOKMAATSCHAPPIJ NV, A/K/A
CDMNV,

    Defendant/Judgment Debtor.
_____/

## CORRECTED DEFAULT JUDGMENT

This cause came before the Court for consideration of Plaintiffs/Judgment Creditors' Motion for Default Judgment against Sargeant Marine, Inc. [D.E. 394] and the Motion to Correct the Default Judgment Against Garnishee Sargeant Marine, Inc. [D.E. 448]. Having considered the motions, and being otherwise being fully advised,

**IT IS ORDERED, ADJUDGED, and DECREED that:**

1. Plaintiffs/Judgment Creditors' Motion for Entry of Default Final Judgment remains GRANTED. The Order Entering Default Judgment [D.E. 395] is hereby corrected as follows:

2. The amount of the Final Judgment is vacated. Final Judgment will be entered in favor of Plaintiffs in an amount equal to any indebtedness owed by Garnishee Sargeant Marine to Defendant/Judgment Debtor Curacao Drydock Company, Inc., up to the amount of the

outstanding judgment, since the time of service of the Writ of Garnishment, to be determined by post-judgment discovery to be taken from Garnishee Sargeant Marine.

3. Plaintiffs/Judgment Creditors are directed to serve this Order along with discovery on Sargeant Marine, Inc. concerning its indebtedness to the Judgment Debtor at all times since the service of the Writ of Garnishment.

4. Should Garnishee Sargeant Marine fail to respond to post judgment discovery, judgment will hereby be entered in favor of Plaintiffs and against Garnishee Sargeant Marine, Inc. in the amount of $80,000,000.00, plus post-judgment interest as a sanction.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States District Courthouse, Miami, Florida this 27th day of May 2014.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA