UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ALBERTO JUSTO RODRIGUEZ LICEA, FERNANDO ALONZO HERNANDEZ, and LUIS ALBERTO CASANOVA TOLEDO, | : : : : |
| Plaintiffs, | : Case No. 06-22128-CIV- : KING/MCALILEY |
| v. | : : |
| CURACAO DRYDOCK COMPANY, INC. a/k/a CURACAOSE DOKMAATSCHAPPIJ NV a/k/a CDMNV, | : : : : |
| Defendants, | : |

--------------------------------------------------------------X

| | |
|---|---|
| ALBERTO JUSTO RODRIGUEZ LICEA, FERNANDO ALONZO HERNANDEZ, and LUIS ALBERTO CASANOVA TOLEDO, | : : : Case No. 11-22568-CIV- KING/MCALILEY |
| Plaintiffs, | : |
| v. | : : |
| ISLAND TERRITORY OF CURACAO, THE GOVERNMENT OF THE NETHERLANDS ANTILLES and THE KINGDOM OF THE NETHERLANDS, | : : : : : |
| Defendants. | : |

--------------------------------------------------------------X

**PLAINTIFFS' NOTICE OF FILING VERIFIED RETURN OF SERVICE**

Plaintiffs/Judgment Creditors, Alberto Justo Rodriguez Licea, Fernando Alonzo Hernandez and Luis Alberto Casanova Toledo (collectively, "Plaintiffs"), by and through their undersigned counsel, give notice of filing the verified Return of Service reflecting service of process on Church of Scientology Flag Ship Service Organization, Inc., perfected on October 7, 2013. The Return is attached as Exhibit A.

Dated:  July 7, 2014.          GROSSMAN ROTH, P.A.

                               By: S/ Seth Miles
                                   Seth Miles, Esq.

2525 Ponce de Leon Blvd., Suite 1150
Coral Gables, Florida 33134
(305) 442-8666

DO CAMPO & THORNTON, P.A.
John Thornton, Esq.
Orlando do Campo, Esq.
100 Southeast Second Street, Suite 2700
Miami, Florida 33131

REED SMITH LLP
Jordan W. Siev, Esq.*
Casey D. Laffey, Esq.*
599 Lexington Avenue
New York, New York 10022
*Admitted *Pro Hac Vice*
*Attorneys for Plaintiffs/Judgment Creditors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically on July 7, 2014 upon all parties as noted in the service list below.

> GROSSMAN ROTH, P.A.
>
> By:  S/ Seth Miles
> Seth Miles, Esq.
> 2525 Ponce de Leon Blvd., Suite 1150
> Coral Gables, Florida 33134
> (305) 442-8666
>
> DO CAMPO & THORNTON, P.A.
> John Thornton, Esq.
> Orlando do Campo, Esq.
> 100 Southeast Second Street, Suite 2700
> Miami, Florida 33131
>
> REED SMITH LLP
> Jordan W. Siev, Esq.*
> Casey D. Laffey, Esq.*
> 599 Lexington Avenue
> New York, New York 10022
> *Admitted *Pro Hac Vice*
>
> *Attorneys for Plaintiffs/Judgment Creditors*

**SERVICE LIST**

Guy W. Harrison, Esq.
ETCHEVERRY HARRISON LLP
150 South Pine Island Road, Suite 105
Ft. Lauderdale, FL 33324