# Exhibit E

RESOLUTIONS ADOPTED BY UNANIMOUS WRITTEN CONSENT

OF THE BOARD OF DIRECTORS OF

CHURCH OF SCIENTOLOGY INTERNATIONAL

We, the undersigned, being all of the members of the Board of Directors of Church of Scientology International, a California nonprofit religious corporation, do by this written consent take the following action and adopt the following resolutions.

WHEREAS, San Donato Properties ("SDP") owns the SMV Motor vessel Freewinds (the "Freewinds") which is used by Church of Scientology Flag Ship Service Organization ("CSFSSO") which operates pursuant to a lease from SDP.

WHEREAS, the Freewinds required refurbishing to improve various locations within the Ship and bring it up to its high standards.

WHEREAS, the cost of the refurbishing was approximately $770,500.

WHEREAS, SDP does not currently have sufficient funds to pay for the refurbishing.

WHEREAS, SDP has requested a short term loan from CSI in the amount of $770,500 to pay for the refurbishing.

WHEREAS, CSI is willing to provide a short term loan payable in one year at no interest to assist SDP to pay the funds due for the refurbishing.

NOW, THEREFORE IT IS

RESOLVED: That the CSI Board of Directors provide SDP with a short term loan of $770,500 at no interest and payable in one year to assist SDP to pay for the refurbishing of the Freewinds.

RESOLVED FURTHER: That the officers of the corporation, or any of them singly, are hereby authorized to take all necessary actions and execute all necessary documents to implement the foregoing resolution.

This consent is executed pursuant to the Bylaws of the corporation which authorize the taking of action by unanimous written consent without a meeting.

Dated: 23 Oct 2013         _____
                            Kurt Weiland

Dated: 23 Oct 2013         _____
                            Cathy Rinder

Dated: 28 October 2013     _____
                            Guillaume Lesevre

```
              CHURCH OF SCIENTOLOGY INT'L
              INTERNATIONAL FINANCE OFFICE
                  1710 IVAR AVE # 1105
                   LOS ANGELES CA 90028
```

| Name and Address | DISBURSEMENT VOUCHER |
|---|---|
| SDP<br>SAN DONATO PROPERTIES, INC<br>PO BOX 9<br>EAST GRINSTEAD SX RH19 4GF | Number EUB    979<br>Date 23-Oct-2013<br>Week Ending 24-Oct-2013<br><br>Pg   1 of  1 |

| # | Item Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| 1. | LOAN FOR FREEWINDS DRYDOCK BILL PAYMENT<br>PO No.:28821<br>Setaside: FREEWINDS DRYDOCK USD 770,500.00<br>(LOANS RECEIVABLE) | 569,399.50 | 1 | 569,399.50 |

TOTALS ARE IN EUROPEAN EURO

Shipping
Sales Tax
Total

USD Value    EUR    569,399.50
                    770,500.00

Disbursement Data

Ref. PO No.:
Project Code:
Audit Category:
Disbursement Written by: COBY KNIGHT

Ref. Disb. No.:
Bank Account: LEURCSIB

23 Oct 2013

Received by
Signature:

ACCOUNTS FILING COPY

**SAN DONATO PROPERTIES**
**118 N FORT HARRISON AVE.**
**CLEARWATER, FL 33755**

**Name and Address:**
Church of Scientology International
6331 Hollywood Blvd
Los Angeles, Ca 90028

**Invoice Date:**
23 Oct 2013

| Description: | Amount: | Quantity: | Total: |
|---|---|---|---|
| Receipt of Loan from Church of Scientology Int. | $770,500.00 | 1 | $770,500.00 |

**Payment Method:**
Bankwire

**Amount:**
$770,500.00

**Written by:**
Chad McKevitt