# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Florida

Case Number: 06-22128-CV-KING/MCALILEY

Plaintiff:
ALBERTO JUSTO RODRIGUEZ LICEA, FERNANDO ALONSO HERNANDEZ, AND LUIS ALBERTO CASANOVA TOLEDO

vs.

Defendant:
CURACAO DRYDOCK COMPANY, INC., A/K/A CURACAOSE DOKMAATSCHAPPIJ NV, A/K/A CDMNV

For:
DO CAMPO & THORNTON, P.A.

Received by HUGO CASTELLANOS, LLC PROCESS SERVICE on the 8th day of October, 2013 at 7:00 pm to be served on **CHURCH OF SCEINTOLOGY FLAG SERVICE ORGANIZATION, INC. C/O REGISTERED AGENT ROBERT V. POTTER, 911 CHESTNUT STREET, CLEARWATER, FL 33756.**

I, Dolores Tedesco, do hereby affirm that on the **9th day of October, 2013 at 1:50 pm**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **WRIT OF GARNISHMENT, PLAINTIFF'S/JUDGMENT CREDITOR'S MOTION FOR A WRIT OF GARNISHMENT (Filed Oct 7th)** with the date and hour of service endorsed thereon by me, to: **ROBERT V. POTTER** as **Registered Agent** at the address of: **911 CHESTNUT STREET, CLEARWATER, FL 33756** on behalf of **CHURCH OF SCEINTOLOGY FLAG SERVICE ORGANIZATION, INC.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55+, Sex: M, Race/Skin Color: WHITE, Height: 5'7, Weight: 150, Hair: GRAY, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing (document) and that the facts stated are true. No notary required pursuant to Florida State Statutes 92.525 (B)(2).

Dolores Tedesco
APS # 26181

HUGO CASTELLANOS, LLC PROCESS SERVICE
1024 Sw 124 Ave
Miami, FL 33184
(305) 741-8812

Our Job Serial Number: DAT-2013001596

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n