# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Florida

Case Number: 06-22128-CV-KING/MCALILEY

Plaintiff:
**Alberto Justo Rodriguez Licea, Fernando Alonso Hernandez, and Luis Alberto Casanova Toledo**

vs.

Defendant:
**Curacao Drydock Company, Inc,. A/K/A   Curacaose Dokmaatschappij nv A/K/ACDMNV**

For:
Seth Miles Esq.
Grossman Roth P.A
2525 Ponce De Leon
Suite 1150
Coral Gables, FL

Received by Hugo Castellanos II on the 22nd day of October, 2013 at 1:37 pm to be served on **The Church Of Scientology International, Inc.,, 120 Giralda Ave, Coral Gables, FL 33134**.

I, Hugo Castellanos, do hereby affirm that on the **22nd day of October, 2013 at 4:25 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Writ of Garnishment** with the date and hour of service endorsed thereon by me, to: **Stepahine as Front Desk**, a person employed therein and authorized to accept service for **The Church Of Scientology International, Inc.**, at the address of: **120 Giralda Ave, Coral Gables, FL 33134**, the within named person's usual place of **Work**, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Hugo Castellanos
Process Server

Hugo Castellanos II
1024 SW 124 Ave
Miami, FL 33184
(305) 741-8812

Our Job Serial Number: HCI-2013000013

Copyright © 1992-2011 Database Services, Inc - Process Server's Toolbox V6.5n