UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-22128-CV-KING/MCALILEY

ALBERTO JUSTO RODRIGUEZ LICEA,
FERNANDO ALONSO HERNANDEZ, AND
LUIS ALBERTO CASANOVA TOLEDO,

    Plaintiffs/Judgment Creditors,

vs.

CURACAO DRYDOCK COMPANY, INC., A/K/A
CURACAOSE DOKMAATSCHAPPIJ NV, A/K/A
CDMNV,

    Defendant/Judgment Debtor.
_____/

## PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Garnishee, Church of Scientology Flag Ship Services Organization, Inc. ("FSSO"), by and through undersigned counsel, hereby file this Motion for Leave to Exceed Page Limit and state as grounds for its motion the following:

1. Garnishee intends to file a motion for summary judgment. Due to the nature of the issues raised, Garnishee's motion exceeds Local Rule 7.1(C)(2), which limits supporting memoranda to twenty (20) pages.

2. In order for the Garnishee to fully brief the issues, FSSO requests the Court allow it file a memorandum that exceeds the page limit by 5 pages, for a total of 25 pages.

### RULE 7.1 CERTIFICATE OF GOOD FAITH CONFERRAL

Counsel for the movant has made reasonable efforts to confer with all parties or non-parties who may be affected by the relief sought in this motion, including emails to local and other counsel for Plaintiffs, but has been unable to do so.

CASE NO.: 06-22128-CV-KING/MCALILEY

Dated: September 12, 2014		Respectfully Submitted,

**MOORE & COMPANY, P.A.**
*Counsel for Garnishee*
355 Alhambra Circle
Suite 1100
Coral Gables, Florida 33134
Telephone:	(786) 221-0600
Facsimile:	(786) 221-0601
Email:		michael@moore-and-co.com
		cnaughton@moore-and-co.com


	     **/s/ Clay M. Naughton**
	Michael T. Moore, Esq.
	Florida Bar No. 207845
	Clay M. Naughton, Esq.
	Florida Bar No. 029302


**CERTIFICATE OF SERVICE**

I, HEREBY CERTIFY that on September 12, 2014, this document was electronically filed with the Clerk of the Court using CM/ECF and is thereby being served this day on all counsel of record identified on the following service list:

John Thornton, Esq.
Do Campo & Thornton, P.A.
Miami Tower
100 Southeast Second Street
Suite 2700
Miami, Florida 33131
Telephone:	(305) 358-6600
Facsimile:	(305) 358-6601
Email:		jt@dandtlaw.com
*Attorneys for Plaintiffs/Judgment Creditors*


	     **/s/ Clay M. Naughton**
	Clay M Naughton, Esq.