UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-22128-CV-KING/MCALILEY

ALBERTO JUSTO RODRIGUEZ LICEA,
FERNANDO ALONSO HERNANDEZ, AND
LUIS ALBERTO CASANOVA TOLEDO,

      Plaintiffs/Judgment Creditors,

vs.

CURACAO DRYDOCK COMPANY, INC., A/K/A
CURACAOSE DOKMAATSCHAPPIJ NV, A/K/A
CDMNV,

      Defendant/Judgment Debtor.

_____/

**ORDER GRANTING GARNISHEE'S
MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

THIS CAUSE having come before the Court on Garnishee, Church of Scientology Flag Ship Services Organization, Inc.'s Motion for Leave to Exceed Page Limit [DE #494] and this Court having considered the motion, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Garnishee's Motion for Leave to Exceed Page Limit is **GRANTED**. Garnishee may exceed the page limit by 5 pages, for a total of 25 pages in filing its Motion for Summary Judgment.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 15th day of September, 2014.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: Counsel of record