UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22128-CIV-KING/MCALILEY

ALBERTO JUSTO RODRIGUEZ LICEA,
FERNANDO ALONSO HERNANDEZ, AND
LUIS ALBERTO CASANOVA TOLEDO,

    Plaintiffs,

v.

CURACAO DRYDOCK COMPANY, INC.,
a/k/a CURACAOSE DOKMAATSCHAPPIJ NV,
a/k/a CDMNV,

    Defendant.

_____/

## REFERRAL TO MAGISTRATE

Upon consideration, the undersigned United States District Judge does hereby refer Eso's Motion to Strike and Objection to Notices of Extension of Writ of Garnishment Against Eso **(D.E. #534)** filed November 7, 2014, in the above-styled case to the Honorable Chris M. McAliley, United States Magistrate Judge for the Southern District of Florida, for all such judicial proceedings as are permissible under the Magistrates' Act and the Rules of Court for the Southern District of Florida.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States District Courthouse, Miami, Florida this 10th day of November, 2014.

                                              JAMES LAWRENCE KING
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge Chris M. McAliley
All Counsel of Record