UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22128-CIV-KING/MCALILEY

ALBERTO JUSTO RODRIGUEZ LICEA,
FERNANDO ALONZO HERNANDEZ,
LUIS ALBERTO CASANOVA TOLEDO,

    Plaintiffs,

v.

CURACAO DRYDOCK COMPANY, INC.
a/k/a CURACOSE DOKMAATSCHAPPIJ
NV a/k/a CDMNV,

    Defendants.
_____/

## ORDER SETTING STATUS CONFERENCE

PLEASE TAKE NOTICE that the Court will hold a status conference on the post-judgment collection proceedings on **December 4, 2014 at 2:30 p.m.** at the C. Clyde Atkins Courthouse, 301 North Miami Avenue, Miami, FL 33128, Sixth Floor. The parties should be prepared to discuss the status of all pending motions, and procedures and scheduling going forward.

DONE AND ORDERED in chambers at Miami, Florida this 21st day of November, 2013.

                                              CHRIS MCALILEY
                                              UNITED STATES MAGISTRATE JUDGE

cc:
The Honorable James Lawrence King
Counsel of record