UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22128-CV-KING/MCALILEY

ALBERTO JUSTO RODRIGUEZ LICEA,
FERNANDO ALONSO HERNANDEZ, AND
LUIS ALBERTO CASANOVA TOLEDO,

    Plaintiffs/Judgment Creditors,
vs.

CURAÇAO DRYDOCK COMPANY, INC., A/K/A
CURAÇAOSE DOKMAATSCHAPPIJ NV, A/K/A
CDMNV,

    Defendant/Judgment Debtor.
_____/

**JOINT NOTICE OF WITHDRAWAL AND DISMISSAL OF WRIT OF GARNISHMENT**

    Plaintiffs/Judgment Creditors, Alberto Justo Rodriguez Licea, Fernando Alonso Hernandez, and Luis Alberto Casanova Toledo (collectively "Plaintiffs" of "Judgment Creditors"), and Garnishee Seaboard Marine Ltd., Inc. ("Garnishee") hereby file this Joint Notice of Withdrawal and Dismissal of Writ of Garnishment and state as follows:

    1.    On or about November 20, 2013, Plaintiffs served a writ of garnishment (the "Writ") on Garnishee.  *See* D.E. 407.

    2.    Thereafter, Garnishee duly responded.  *See* D.E. 417, 425.

    3.    Plaintiffs and Garnishee have agreed that the Writ should be dissolved, with Garnishee accepting the statutory garnishment deposit from the Court Registry in full satisfaction of any and all claims to attorneys' fees and costs.

    4.    Nothing herein shall constitute an admission by Garnishee of the validity of the Writ or by Plaintiffs of the validity of any defense to the Writ.  Further, Plaintiffs agree to dismiss only the Writ referred to herein.

    Wherefore, Plaintiffs and Garnishee Seaboard hereby request an Order declaring the Writ

dissolved and directing the Clerk of Court to disburse the statutory garnishment deposits from the Court Registry corresponding to the Writ to Garnishee as satisfaction of any claim to attorneys' fees and costs.

Dated: December 3, 2014

Respectfully submitted,

| | |
|---|---|
| **DO CAMPO & THORNTON, P.A.**<br>Miami Tower, Suite 2700<br>100 Southeast Second Street<br>Miami, FL 33131<br>Phone: 305-358-6600<br>Fax: 305-358-6601<br><br>By: /s /John Thornton<br>JOHN THORNTON<br>Florida Bar No. 004820<br>jt@dandtlaw.com<br><br>**GROSSMAN ROTH, P.A**.<br>Seth Miles, Esq.<br>Stuart Grossman, Esq.<br>2525 Ponce de Leon Blvd., 1150<br>Coral Gables, Florida 33134<br>(305) 442-8666<br><br>*ATTORNEYS FOR PLAINTIFFS/JUDGMENT CREDITORS* | **BLANCK & COOPER, P.A.**<br>5730 S.W. 74th Street, Suite #700<br>Miami, Florida 33143<br>Phone: (305) 663-0177<br>Facsimile: (305) 663-0146<br><br>By: */s/ Robert W. Blanck, Esq.*<br>Robert W. Blanck, Esquire<br>Florida Bar Number: 069047<br>Email: rblanck@shiplawusa.com<br>*CO-COUNSEL FOR SEABOARD MARINE* |

CASE NO.: 06-22128-CV-KING/MCALILEY
PAGE 3

## CERTIFIFCATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of December 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. Notice of this filing will be sent by operation of the Court's CM/ECF system.

/s/ John Thornton
JOHN THORNTON
Florida Bar No.: 004820