UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22128-CIV-KING/MCALILEY

ALBERTO JUSTO RODRIGUEZ LICEA,
FERNANDO ALONZO HERNANDEZ,
LUIS ALBERTO CASANOVA TOLEDO,

      Plaintiffs,

v.

CURACAO DRYDOCK COMPANY, INC.
a/k/a CURACOSE DOKMAATSCHAPPIJ
NV a/k/a CDMNV,

      Defendants.
_____/

## ORDER FOLLOWING STATUS CONFERENCE

On December 4, 2014, the Court held a status conference concerning all pending motions in these post-judgment collection proceedings, which was attended by counsel for Plaintiff and various garnishees. Having considered counsels' remarks at that conference, and the record in this matter, the Court enters the following ORDERS:

1. **No later than December 12, 2014**, Plaintiffs and the Church of Scientology garnishees, who have reached a settlement of the issues between them, shall file joint notices of withdrawal and dismissal of writ of garnishment for the writs served on those garnishees.

2. At the status conference the parties addressed whether the writ of garnishment served on Reefership Marine Services Ltd. has been automatically dissolved

1

pursuant to Florida Statute 77.07(5), and whether Reefership has somehow waived any entitlement it may have under that statute to automatic dissolution. **No later than January 3, 2015**, Plaintiffs shall file a memorandum of law of no more than seven pages that addresses that issue. **No later than January 16, 2014**, Garnishee Reefership shall file a response memorandum of law, also limited to seven pages.

3. **No later than January 3, 2015**, Plaintiffs shall also file a notice that identifies all pending writs of garnishment, the date each writ was served, and the date of any notices of extension and of any motions Plaintiffs may have filed for final judgment on such writs.

3. **No later than January 16, 2015**, Plaintiffs and Garnishee Sargeant Marine, Inc. shall mediate the issues between them. **No later than January 20, 2015**, Plaintiff and Sargeant Marine shall file a joint notice either that the matter is fully settled, or that identifies any issues that remain in dispute. The Court will hold a hearing on remaining disputed issues on **January 26, 2015 at 1:30 p.m.** at the C. Clyde Atkins Courthouse, 301 North Miami Avenue, Sixth Floor, Miami, Florida. Discovery as to Sargeant Marine is stayed pending resolution of Sargeant Marine's motion to set aside default judgment [DE 481].

DONE AND ORDERED in chambers at Miami, Florida this 5th day of December, 2014.

CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

2

cc:
The Honorable James Lawrence King
Counsel of record