UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22128-CV-KING/MCALILEY

ALBERTO JUSTO RODRIGUEZ LICEA,
FERNANDO ALONSO HERNANDEZ, AND
LUIS ALBERTO CASANOVA TOLEDO,

Plaintiffs,

vs.

CURAÇAO DRYDOCK COMPANY, INC., A/K/A
CURAÇAOSE DOKMAATSCHAPPIJ NV, A/K/A
CDMNV,

Defendant.

_____/

## ORDER

THIS CAUSE having come before the Court upon the Joint Notice of Withdrawal and Dismissal of Writs of Garnishment, [DE 559] having reviewed the Notice, it is hereby

ORDERED and ADJUDGED that:

1. The Writs served by Plaintiffs on Garnishees Church of Scientology Flag Ship Service Organization, Inc., Church of Scientology of Florida, Inc., Church of Scientology Flag Service Organization, Inc., The Church of Scientology International, Inc. a/k/a Church of Scientology International, and International Shipping Partners, Inc. (D.E. 362, 379, 368, 381 and 364, respectively), are Dissolved with prejudice.

2. The Clerk is directed to disburse the statutory garnishment deposit pertaining to each Writ from the Court Registry to Garnishees Church of Scientology Flag Ship Service Organization, Inc., Church of Scientology of Florida, Inc., Church of Scientology Flag Service Organization, Inc., The Church of Scientology International, Inc. a/k/a Church of Scientology

International, and International Shipping Partners, Inc. as satisfaction of any claim to attorneys' fees and costs. The motions to strike filed by the Scientology garnishees [DE 527, 529, 530 and 534] and Plaintiff's Motion to Compel [DE 513], are DENIED AS MOOT.

DONE and ORDERED in chambers in Miami-Dade County, Florida this 15th day of December, 2014.

CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Honorable James Lawrence King
All counsel of record