UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22128-CIV-KING/MCALILEY

ALBERTO JUSTO RODRIGUEZ LICEA,
FERNANDO ALONZO HERNANDEZ,
LUIS ALBERTO CASANOVA TOLEDO,

        Plaintiffs,

v.

CURACAO DRYDOCK COMPANY, INC.
a/k/a CURACOSE DOKMAATSCHAPPIJ
NV a/k/a CDMNV,

        Defendants.
_____/

## ORDER CONTINUING STAY

On February 26, 2015, this Court entered an Order staying all proceedings concerning writs of garnishment served on Reefership Marine Service, Ltd. And Dole Food Company, Inc. [DE 366, 383, 557, and 568], and related motions [DE 470, 566], pending the determination of the effectiveness of writs of garnishment served in California on the same, or related, entities. At that time, the Court found good cause to maintain the status quo in this action pending determination of the effectiveness of the California writs. [DE 580]. On April 27, 2015, the parties filed a joint status report indicating that the garnishment proceedings in the California court are underway, but have not yet been completed. [DE 581]. The Court finds that there continues to be good cause to support the stay.

1

Based on the forgoing, the Court ORDERS that:

1. The stay of the proceedings concerning the Reefership and Dole Writs [DE 366, 383, 557, and 568], and Plaintiffs' Amended Motion to Interplead Funds [DE 470], and Reefership Marine Services Ltd.'s Motion to Quash Service for Insufficient Process and Insufficient Service of Process and Motion to Dismiss for Lack of Personal Jurisdiction [DE 566], shall remain in effect.

2. **No later than 90 days from the date of this Order**, the parties shall file a joint status report setting forth the status of the California action and reporting whether there continues to be good cause to stay the aforementioned proceedings. If the California proceedings are resolved before that date, the parties shall immediately file a notice of the same with this Court.

DONE AND ORDERED in chambers at Miami, Florida this 1st day of May, 2015.

CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

cc:
The Honorable James Lawrence King
Counsel of record