UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22128-CV-KING/MCALILEY

ALBERTO JUSTO RODRIGUEZ LICEA,
FERNANDO ALONSO HERNANDEZ, AND
LUIS ALBERTO CASANOVA TOLEDO,

     Plaintiffs,

vs.

CURAÇAO DRYDOCK COMPANY, INC., A/K/A
CURAÇAOSE DOKMAATSCHAPPIJ NV, A/K/A
CDMNV,

     Defendant.

_____/

## ORDER

THIS CAUSE having come before the Court upon the Joint Notice of Withdrawal and Dismissal of Writ of Garnishment (the "Notice")(DE 587), having reviewed the Notice, it is hereby

ORDERED and ADJUDGED that:

1.    The Writs served by Plaintiffs on Garnishees Dole Food Company, Inc., Reefership Marine Services Ltd., and Ventura Trading Limited, specifically DE 366, DE 383, DE 557 and DE 568, are hereby Dissolved with prejudice.

2.    The Stay Order concerning those writs (DE 582) is hereby terminated.

3.    The Clerk is directed to disburse the statutory garnishment deposit pertaining to each writ (DE 366, DE 383, DE 557 and DE 568) from the Court Registry to its corresponding Garnishee as satisfaction of any claim to attorneys' fees and costs. *The motions concerning the Reefership writs of garnishment [DE 470, 477, and 566] are Denied as moot.* (WJK)

DONE and ORDERED in chambers in Miami-Dade County, Florida this 21st day of July , 2015.

CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Honorable James Lawrence King
All counsel of record

- 2 -