UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22128-CV-KING/TORRES

ALBERTO JUSTO RODRIGUEZ LICEA,
FERNANDO ALONSO HERNANDEZ, AND
LUIS ALBERTO CASANOVA TOLEDO,

    Plaintiffs/Judgment Creditors,
vs.

CURAÇAO DRYDOCK COMPANY, INC., A/K/A
CURAÇAOSE DOKMAATSCHAPPIJ NV, A/K/A
CDMNV,

    Defendant/Judgment Debtor.
_____/

## NOTICE OF WITHDRAWAL OF WRITS OF GARNISHMENT

Plaintiffs/Judgment Creditors, Alberto Justo Rodriguez Licea, Fernando Alonso Hernandez, and Luis Alberto Casanova Toledo (collectively "Plaintiffs" or "Judgment Creditors"), hereby file this Notice of Withdrawal of Writs of Garnishment and state as follows:

1. On or about July 22, 2014, Plaintiffs caused to be issued writs of garnishment (the "Writs") against Garnishees Maersk, Inc. and Maersk Agency U.S.A., Inc. *See* DE 584 and DE 586 (writs directed to Maersk, Inc.) and DE 585 (writ directed to Maersk Agency U.S.A., Inc.). DE 584 was served that same day on Maersk, Inc., and DE 585 was served that same day on Maersk Agency U.S.A., Inc.  DE 586 was not served, as the address on it was invalid.

2. Garnishees have not yet answered the writs, and their answers are not yet due.

3. Plaintiffs hereby give notice of withdrawal of the Writs.

Dated: July 24, 2015                    Respectfully submitted,

                                              DO CAMPO & THORNTON, P.A.
                                              Miami Tower, Suite 2700
                                              100 Southeast Second Street
                                              Miami, FL 33131

Phone: 305-358-6600
Fax: 305-358-6601

By: */s /John Thornton*
JOHN THORNTON
Florida Bar No. 004820
jt@dandtlaw.com

GROSSMAN ROTH, P.A.
Seth Miles, Esq.
Stuart Grossman, Esq.
2525 Ponce de Leon Blvd., 1150
Coral Gables, Florida 33134
*Attorneys for Plaintiffs/Judgment Creditors*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of July 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. Notice of this filing will be sent by operation of the Court's CM/ECF system. Further on this day, I mailed one copy each of the foregoing to Maersk, Inc. and to Maersk Agency U.S.A., Inc., care of their registered agent, CT Corporation, 1200 S. Pine Island Road, Plantation, FL 33324.

*/s/John Thornton*
JOHN THORNTON